Leslie F. Levy, SBN 104634
Sharon R. Vinick, SBN 129914
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-mail:   leslie@levyvinick.com
          sharon@levyvinick.com

Attorneys for Plaintiffs E. Parker and L. LaPorta

(Additional Counsel Listed on Subsequent Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. PARKER and L. LAPORTA, | Case No.: 2:18-cv-02646-TLN-AC |
| Plaintiffs, | **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, in his individual capacity, RALPH DIAZ, in his individual and official capacity, inclusive, | |
| Defendants. | Action Filed: September 10, 2018 |

Counsel Continued:

Jenny C. Huang, SBN 223596
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Tel.:  (510) 628-0695
Fax:  (510) 318-7701
E-mail:  jhuang@justicefirst.net

Attorneys for Plaintiffs E. Parker and L. LaPorta

Xavier Becerra, SBN 118517
Attorney General of California
Peter D. Halloran, SBN 184025
Supervising Deputy Attorney General
Shanna M. McDaniel, SBN 229249
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Tel.:  (916) 210-7364
Fax:  (916) 324-5205
Email:  Shanna.McDaniel@doj.ca.gov

Attorneys for Defendants
California Department of Corrections and
Rehabilitation, Scott Kernan, Ralph Diaz

1   THE PARTIES HEREBY GIVE NOTICE THAT they have reached a settlement in this

2 matter. However, the terms of the settlement will not be complete until November 20, 2020. In light of

3 this, the parties request that the Court permit the parties to enter the dispositional papers by

4 November 30, 2020 and that this Court retain jurisdiction until that time.

5 Dated: December 19, 2019                Respectfully submitted,

                                          LEVY VINICK BURRELL HYAMS LLP

                                          By: _____
                                              LESLIE F. LEVY,
                                          ATTORNEYS FOR PLAINTIFFS
                                          E. PARKER and L. LaPORTA

Dated: December 19, 2019                  OFFICE OF THE ATTORNEY
                                          GENERAL, STATE OF CALIFORNIA
                                                /s/Peter D. Halloran [counsel has authorized
                                          By:  submission of the document on his behalf,
                                              XAVIER BECERRA,       December 19, 2019]
                                          Attorney General of California;
                                              PETER D. HALLORAN,
                                          Supervising Deputy Attorney General;
                                              SHANNA M. McDANIEL,
                                          Deputy Attorney General,
                                          Attorneys for Defendants
                                          California Department of Corrections and
                                          Rehabilitation, Scott Kernan, and Ralph Diaz