Leslie F. Levy, SBN 104634
Sharon R. Vinick, SBN 129914
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-mail:       leslie@levyvinick.com
              sharon@levyvinick.com

Attorneys for Plaintiffs E. Parker and L. LaPorta

(Additional Counsel Listed on Subsequent Page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. PARKER and L. LAPORTA, ) | Case No.:  2:18-cv-02646-TLN-AC |
| ) | |
| Plaintiffs, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER RE** |
| vs. ) | **CONTINUED JURISDICTION** |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS AND REHABILITATION, ) | |
| SCOTT KERNAN, in his individual capacity, ) | |
| RALPH DIAZ, in his individual and official ) | |
| capacity, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | Action Filed:  September 10, 2018 |

1
STIPULATION AND [PROPOSED] ORDER RE CONTINUED JURISDICTION
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC

Counsel Continued:

Jenny C. Huang, SBN 223596
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Tel.:  (510) 628-0695
Fax:  (510) 318-7701
E-mail:  jhuang@justicefirst.net

Attorneys for Plaintiffs E. Parker and L. LaPorta

Xavier Becerra, SBN 118517
Attorney General of California
Peter D. Halloran, SBN 184025
Supervising Deputy Attorney General
Shanna M. McDaniel, SBN 229249
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Tel.:  (916) 210-7364
Fax:  (916) 324-5205
Email:  Shanna.McDaniel@doj.ca.gov

Attorneys for Defendants
California Department of Corrections and
Rehabilitation, Scott Kernan, Ralph Diaz

2

STIPULATION AND [PROPOSED] ORDER RE CONTINUED JURISDICTION
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC

1  IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, that:

WHEREAS this Court issued a December 20, 2019 Minute Order that the dispositional documents in this matter were to be filed by November 30, 2020;

WHEREAS, the parties now ask the Court to continue jurisdiction of this matter until May 30, 2021;

WHEREAS, while the parties have settled the case, the State of California may require up to 180 days from November 30, 2020 to pay the settlement.

IT IS HEREBY STIPULATED as follows:

That, subject to the approval of this Court, the parties agree this Court shall continue jurisdiction of this matter until May 30, 2021.

**SO STIPULATED:**

Dated: September 30, 2020            Respectfully submitted,

                                    LEVY VINICK BURRELL HYAMS LLP

                                    By: _____
                                       LESLIE F. LEVY,
                                    ATTORNEYS FOR PLAINTIFFS
                                    E. PARKER and L. LaPORTA

[I, LESLIE F. LEVY, as filer of this document attest that concurrence in its filing has been obtained from Peter D. Halloran, which shall serve in lieu of his signature on the document.]

Dated: September 30, 2020            OFFICE OF THE ATTORNEY
                                    GENERAL, STATE OF CALIFORNIA

                                          /s/PETER D. HALLORAN
                                    By: _____
                                    XAVIER BECERRA,
                                    Attorney General of California;
                                    PETER D. HALLORAN,
                                    Supervising Deputy Attorney General;
                                    SHANNA M. McDANIEL,
                                    Deputy Attorney General,
                                    Attorneys for Defendants

**[ONE PAGE FOLLOWS]**     California Department of Corrections and Rehabilitation, Scott Kernan, and Ralph Diaz

**IT IS SO ORDERED.**

Dated: _____

THE HON. TROY L. NUNLEY,
UNITED STATES DISTRICT JUDGE JUDGE

4

STIPULATION AND [PROPOSED] ORDER RE CONTINUED JURISDICTION
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC