Leslie F. Levy, SBN 104634
Sharon R. Vinick, SBN 129914
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-mail:     leslie@levyvinick.com
            sharon@levyvinick.com

Attorneys for Plaintiffs E. Parker and L. LaPorta

(Additional Counsel Listed on Subsequent Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. PARKER and L. LAPORTA, | Case No.: 2:18-cv-02646-TLN-AC |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSALS OF PLAINTIFFS ERIN PARKER & LISA LAPORTA; [PROPOSED] ORDER THEREON** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, in his individual capacity, RALPH DIAZ, in his individual and official capacity, inclusive, | |
| Defendants. | Action Filed: September 10, 2018 |

---

1

Stipulation for Voluntary Dismissals of Plaintiffs Erin Parker & Lisa LaPorta; [Prop.] Order Thereon
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC

Counsel Continued:

Jenny C. Huang, SBN 223596
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail: jhuang@justicefirst.net

Attorneys for Plaintiffs E. Parker and L. LaPorta

Xavier Becerra, SBN 118517
Attorney General of California
Peter D. Halloran, SBN 184025
Supervising Deputy Attorney General
Shanna M. McDaniel, SBN 229249
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Tel.: (916) 210-7364
Fax: (916) 324-5205
Email: Shanna.McDaniel@doj.ca.gov

Attorneys for Defendants
California Department of Corrections and
Rehabilitation, Scott Kernan, Ralph Diaz

2

Stipulation for Voluntary Dismissals of Plaintiffs Erin Parker & Lisa LaPorta; [Prop.] Order Thereon
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel of record, that, as to Plaintiff Erin Parker and as to Plaintiff Lisa LaPorta, this action be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to bear their own costs and attorneys' fees.

Dated: April 14, 2021   Respectfully submitted,

LEVY VINICK BURRELL HYAMS LLP

By: _____
LESLIE F. LEVY,
ATTORNEYS FOR PLAINTIFFS
E. PARKER and L. LaPORTA

Dated: April 14, 2021   OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA

By: _____
XAVIER BECERRA,
Attorney General of California;
PETER D. HALLORAN,
Supervising Deputy Attorney General;
SHANNA M. McDANIEL,
Deputy Attorney General,
Attorneys for Defendants
California Department of Corrections and Rehabilitation, Scott Kernan, and Ralph Diaz

[PROPOSED] ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
THE HON. TROY L. NUNLEY

3
Stipulation for Voluntary Dismissals of Plaintiffs Erin Parker & Lisa LaPorta; [Prop.] Order Thereon
*Parker, et al., v. CDCR, et al.*, Case No. 2:18-cv-02646-TLN-AC